The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., dissent.

F.E. SWEENEY, J., dissents.

---

ALICE ROBIE RESNICK, J., dissenting. I would reverse the judgment of the court of appeals and order relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

DOUGLAS, J., concurs in the foregoing dissenting opinion.

---

THE STATE EX REL. BONIFIELD, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Bonifield v. Indus. Comm.* (1998), 83 Ohio St.3d 117.]

(No. 97–532—Submitted July 15, 1998—Decided September 16, 1998.)

---

*Law Office of Thomas Tootle* and *Thomas Tootle,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Constance A. Snyder,* Assistant Attorney General, for appellee Industrial Commission.

*Bricker & Eckler, Charles D. Smith* and *Elizabeth A. Preston,* for appellee H.C.F., Inc.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

RESNICK, J., dissents.

---

**ALICE ROBIE RESNICK, J., dissenting.** I would reverse the judgment of the court of appeals.

---

THE STATE EX REL. BRYAN, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Bryan v. Indus. Comm.* (1998), 83 Ohio St.3d 118.]

(No. 96–2420—Submitted July 8, 1998—Decided September 16, 1998.)

---

*Law Office of Thomas Tootle* and *Thomas Tootle,* for appellant.

· *Betty D. Montgomery,* Attorney General, and *Constance A. Snyder,* Assistant Attorney General, for appellee.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., dissent.

F.E. SWEENEY, J., dissents.

---

**ALICE ROBIE RESNICK, J., dissenting.** I would reverse the judgment of the court of appeals.

DOUGLAS, J., concurs in the foregoing dissenting opinion.